Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
E-mail: mike@utahadaadvocates.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham, <br><br> Plaintiff, <br><br> v. <br><br> O'Reilly Auto Enterprises, LLC d.b.a. O'Reilly Auto Parts, <br><br> Defendant. | **NOTICE OF SETTLEMENT** <br><br> Case No. 2:17-cv-00642-JNP-BCW <br><br> Assigned to Judge Jill N. Parrish <br> Referred to Magistrate Judge Brooke C. Wells |

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that, Plaintiff, Samuel Burningham, and Defendant, O'Reilly Auto Enterprises, LLC d.b.a. O'Reilly Auto Parts, hereby give notice that they have resolved and agreed to settle this action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days. In conformance with DUCiv R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this action to while the Parties finalize the settlement documents.

/ / /

1

**RESPECTFULLY SUBMITTED** on this 13th day of September, 2017.

/s/ Michael P. Studebaker
Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF for filing and transmittal of NEF notices to all e-filing registrants and e-mailed the same to:

David W. Brown
Blake Professional Plaza
2880 W 4700 S. Ste. F.
Salt Lake City, UT 84129
lwfrmdwb@hotmail.com
*Attorney for Defendant*


*by: SR*

2