STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901 | (801) 697-1900
Email: mike@utahadaadvocates.com
Email: mike@studebakerlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>        Plaintiff,<br><br>v.<br><br>O'Reilly Auto Enterprises<br>*d.b.a* O'Reilly Auto Parts,<br><br>        Defendant. | Case No.: 2:17-cv-00642-JNP-BCW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>Assigned to: Judge Jill N. Parrish<br>Referred to: Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 30th day of October, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

David W. Brown
BLAKE PROFESSIONAL PLAZA
2880 W 4700 S STE F
SALT LAKE CITY, UT 84129
(801)964-6200
Email: lwfrmdwb@hotmail.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*